No. 73–1309. BIGELOW v. VIRGINIA. Appeal from Sup. Ct. Va. [Probable jurisdiction noted, 418 U. S. 909.] Motion for divided argument on behalf of appellant granted.

No. 73–2050. UNITED STATES v. ORTIZ. C. A. 9th Cir. [Certiorari granted, ante, p. 824.] Motions to dispense with printing appendix and for appointment of counsel granted. It is ordered that John J. Cleary, Esquire, of San Diego, Cal., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 73–6848. BOWEN v. UNITED STATES. C. A. 9th Cir. [Certiorari granted, ante, p. 824.] Motion of petitioner for appointment of counsel granted. It is ordered that Michael D. Nasatir, Esquire, of Beverly Hills, Cal., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 74–13. MULLANEY, WARDEN, ET AL. v. WILBUR. C. A. 1st Cir. [Certiorari granted, ante, p. 823.] Motions of respondent for leave to proceed in forma pauperis and for appointment of counsel granted. It is ordered that Peter J. Rubin, Esquire, of Portland, Me., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 74–114. UNITED STATES v. BRIGNONI-PONCE. C. A. 9th Cir. [Certiorari granted, ante, p. 824.] Motion of respondent for appointment of counsel granted. It is ordered that John J. Cleary, Esquire, of San Diego, Cal., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.